UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ARTHUR JAMES STANLEY, JR.,

        Plaintiff,

v.

T. HOULE et al.,

        Defendants.
_____/

Case No. 1:20-cv-100

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: March 20, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge